FILED
CLERK

7/18/2019 4:48 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

------------------------------------------------------------ x

FELIPE CRUZ,

          Plaintiff,

   - against -

COOKIES UNITED, LLC,

          Defendant.

------------------------------------------------------------ x

17 Civ. 7557 (JMA)(SIL)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties that the above-captioned action shall be and hereby is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear their own costs. *The Court approves the settlement as fair and reasonable.*

Dated: New York, New York
       February 21, 2019

DAVIS WRIGHT TREMAINE LLP

By: _____ 2/22/19
    Roy P. Salins
1251 Avenue of the Americas, 21st Floor
New York, New York 10021
(212) 489-8230
Attorneys for Defendants

MOSER LAW FIRM, PC

By: _____
    Steven M. Moser
Three School Street, Suite 207B
Glen Cove, New York 11542
(516) 671-1150
Attorneys for Plaintiff

SO ORDERED: July 18, 2019

/s/ (JMA)
_____
Honorable Joan M. Azrack
United States District Judge

*The Clerk of Court is directed to close this case.*